MARK FILIPPI *v.* JAMES F. SULLIVAN,
COMMISSIONER OF TRANS-
PORTATION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 78 Conn. App. 796 (AC 23136), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff's written notice under General Statutes § 13a-144 was patently defective?"

The Supreme Court docket number is SC 17068.

*Michael J. Walsh,* in support of the petition.

*Lorinda S. Coon,* in opposition.

Decided October 1, 2003

MARY MERRITT *v.* TIMOTHY FAGAN

The defendant's petition for certification for appeal from the Appellate Court, 78 Conn. App. 590 (AC 23142), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Donald A. Mitchell,* in support of the petition.

*Elisabeth S. Maurer,* in opposition.

Decided October 1, 2003